UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| IN RE BWM81 | 3:23-cv-172 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On August 21, 2023, this case was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 24. Judge Edison filed a memorandum and recommendation on November 28, 2023, recommending that the motion of claimant Callan Marine Ltd. to dismiss claimant Antonio Alaniz's crossclaim (Dkt. 37) be denied. Dkt. 39.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 39) is approved and adopted in its entirety as the holding of the court; and

(2) the motion of claimant Callan Marine Ltd. to dismiss claimant Antonio Alaniz's crossclaim (Dkt. 37) is denied.

Signed on Galveston Island this 14th day of December, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE